JOSEPH SANTORA, Respondent, v. GREATER NEW YORK MUTUAL INSURANCE COMPANY et al., Defendants, and S. S. SILBERBLATT, INC., Appellant.—

Concur — Capozzoli, J. P., Nunez, Kupferman, Steuer and Eager, JJ.